IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 23-cv-05153 |
| | ) |
| NORDSTROM, INC., | ) Judge Cummings |
| | ) |
| Defendant. | ) Magistrate Judge Harjani |

**STIPULATION TO VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the Plaintiff, HOWARD COHAN and the Defendant NORDSTROM, INC., through their respective attorneys of record, hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved.

HOWARD COHAN

By: /s/ *Marshall J. Burt*
Marshall J. Burt, Esq.
The Burt Law Group, Ltd.
1338 S. Federal St. #L
Chicago, IL 60605
312-854-3833
Marshall@mjburtlaw.com
(IARDC#6198381)

NORDSTROM, INC.

By: */s/ Umar Sattar*
Umar Sattar (IARDC # 63331928)
Sheppard Mullin Richter & Hampton LLP
321 North Clark Street, 32nd Floor
Chicago, IL 60654
(312) 499-6361 | direct
usattar@sheppardmullin.com